United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12847-elf
Natalie V. Knochenhauer                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 1           Date Rcvd: Nov 01, 2017
                        Form ID: pdf900         Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             #+Natalie V. Knochenhauer,    128 Woodland Drive,    Doylestown, PA 18901-5246
13939095       +BAYVIEW LOAN SERVICING, LLC,,    A DELAWARE LIMITED LIABILITY COMPANY,
                 c/o MATTEO SAMUEL WEINER,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2017 01:49:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2017 01:50:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13906242       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 02 2017 01:50:12
                 Bayview Financial Loan,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Natalie V. Knochenhauer aka Natalie Featherman<br>　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br>　　　　　　　　　　　　Movant<br>　　vs.<br>Natalie V. Knochenhauer aka Natalie Featherman<br>　　　　　　　　　　　　Debtor(s)<br>Robert H. Holber Esq.<br>　　　　　　　　　　　　Trustee | NO. 17-12847 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 1st day of November, 2017, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 128 Woodland Drive, Doylestown, PA 18901 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**