Natalie Knochenhauer    Case # 17-12847

Please update my address. My new address is 44 S Clinton St #1 Doylestown, PA 18901

Thank you,

*[signature]*

NOV -9 2017