Case # 17-12847-

Certificate Number: 11760-PAE-DE-029236260

Bankruptcy Case Number: 17-12847

11760-PAE-DE-029236260

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2017, at 2:34 o'clock PM PDT, Natalie Knochenhauer completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 11, 2017

By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher

NOV - 9 2017