United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Natalie V. Knochenhauer  
      Debtor

Case No. 17-12847-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Nov 21, 2017  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.  
db         +Natalie V. Knochenhauer,    44 S. Clinton Street  #1,    Doylestown, PA 18901-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
        MATTEO SAMUEL WEINER    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY bkgroup@kmllawgroup.com  
        ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.epiqsystems.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                   TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Natalie V. Knochenhauer  : Case No. 17−12847−elf

      Debtor(s)

### ORDER
_____

AND NOW, this day , November 20, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

33
Form 195